UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erin Sullivan, | : <br> : <br> : Civil Action No.: 11-cv-01004-TJM-DRH <br> : <br> Plaintiff,   : <br> v.          : <br> : <br> Accounts Receivable Management, Inc.; and   : <br> DOES 1-10, inclusive,   : <br> : <br> Defendant.  : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Erin Sullivan ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 30, 2011

                                                            Respectfully submitted,

                                                            By: /s/ Sergei Lemberg

                                                            Sergei Lemberg (SL 6331)
                                                            Lemberg & Associates L.L.C.
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                           Telephone: (203) 653-2250
                                                           Facsimile: (203) 653-3424
                                                           Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                               Sergei Lemberg